UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTIECE JONES,

          Plaintiff,                    Case No. 2:24-cv-11224

v.                                   Honorable Susan K. DeClercq
                                   United States District Judge

DELTA AIR LINES, INC.,

          Defendant.

_____/

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR
RECONSIDERATION (ECF No. 63), DENYING DEFENDANT'S MOTION
TO STAY PROCEEDINGS (ECF No. 70), STAYING DELTA'S RESPONSE
REQUIREMENT TO PLAINTIFF'S DISCOVERY REQUEST DATED
AUGUST 30, 2025 UNTIL FURTHER NOTICE, AND SETTING BRIEFING
SCHEDULE FOR PLAINTIFF'S MOTION TO STAY (ECF No. 67) AND
DEFENDANT'S MOTION TO DISMISS (ECF No. 69)**

On August 27, 2025, this Court issued a case management order that, among

other things, ordered Plaintiff Littiece Jones to direct all communication relating to this

case *only* to Delta's attorneys of record and directed her not to email or communicate

with Delta employees directly. ECF No. 58 at PageID.837. Two weeks later, Plaintiff

filed a motion for reconsideration seeking to modify this Court's August 27 case

management order to permit her to communicate with Defendant to "engage in good-

faith employment-related communications regarding accommodations, investigations,

workplace rights, and safety/compliance reporting." ECF No. 63 at PageID.921.

On the evening of September 25, 2025, Plaintiff filed a notice on the docket that

Defendant had terminated her employment. ECF No. 67. She also seeks a stay of that termination. *Id.* On September 26, 2025, this Court directed Defendant to respond to Plaintiff's motion on an expedited basis. ECF No. 68.

Later that day, Defendant filed a motion to dismiss Plaintiff's case for her failure to participate in discovery. ECF No. 69. Defendant also filed a motion to stay the case pending this Court's decision regarding their motion to dismiss. ECF No. 70. Three days later, Plaintiff filed a notice of her availability in which she alleged Defendant prematurely cancelled her deposition, ECF No. 72, and several related exhibits, ECF No. 73.

At this juncture, Plaintiff's motion for reconsideration, ECF No. 63, is moot. In that motion, Plaintiff seeks clarification in order to communicate with Defendant related to her ongoing employment. *Id.* But, as Plaintiff herself now reports, she is no longer employed by Defendant. *See* ECF No. 67. Thus, there is no need for her to communicate with Defendant about such matters. Accordingly, Plaintiff's motion for reconsideration, ECF No. 63, will be denied as moot.

As to Defendant's motion to dismiss and motion to stay proceedings, ECF Nos. 69; 70, this Court will set a briefing schedule for Defendant's motion to dismiss. But it will deny Defendant's motion to stay proceedings outright, as it would not simplify the issues, and it would be prejudicial to stay the case without allowing Plaintiff to respond to Delta's motion to dismiss, ECF No. 69, and without permitting full briefing on Plaintiff's motion to stay, ECF No. 67.

However, this Court will stay Defendant's response requirement to Plaintiff's discovery request dated August 30, 2025 until further notice of this Court, as those discovery requests appear to be overly broad in scope. *See* FED. R. CIV. P. 26(b).

Accordingly, it is **ORDERED** that Plaintiff's Motion for Reconsideration, ECF No. 63, is **DENIED AS MOOT**.

Further, it is **ORDERED** that Defendant's Motion to Stay Proceedings, ECF No. 70, is **DENIED**. However, it is **ORDERED** that Defendant's response requirement to Plaintiff's discovery request dated August 30, 2025, is **STAYED** until further notice of this Court.

Finally, it is **ORDERED** that the following briefing schedule shall apply to Plaintiff's Motion to Stay, ECF No. 67, and Defendant's Motion to Dismiss, ECF No. 69:

| Event | Date |
|---|---|
| Defendant's response to Plaintiff's motion to stay (ECF No. 67) | Thursday, October 2, 2025 |
| Plaintiff's reply in support of Plaintiff's motion to stay (ECF No. 67) | Wednesday, October 8, 2025 |
| Plaintiff's response to Defendant's motion to dismiss (ECF No. 69) | Friday, October 17, 2025 |
| Defendant's reply in support of Defendant's motion to dismiss (ECF No. 69) | Friday, October 31, 2025 |

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 30, 2025