# STATE OF MICHIGAN

# MICHIGAN OFFICE OF ADMINISTRATIVE HEARINGS AND RULES (MOAHR)

---

**LITTIECE JONES,**
    Petitioner,

v.

**DELTA AIR LINES, INC.,**
    Respondent.

**Docket No.:** 25-023073
**Case No.:** 301054618
**Agency:** MIOSHA (Occupational Safety and Health Administration)
**Case Type:** MIOSHA Discrimination

**Before Administrative Law Judge Hon. Michael J. St. John**

---

## PETITIONER'S MOTION FOR LEAVE TO FILE LATE MOTION FOR RECONSIDERATION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY DISPOSITION

**NOW COMES Petitioner, Littiece Jones, appearing pro se**, and respectfully moves this Honorable Administrative Law Judge **Michael J. St. John** for **leave to file a Motion for Reconsideration after the 14-day period** prescribed by Mich. Admin. Code R 792.10137(2). In support of this Motion, Petitioner states as follows:

---

### I. BACKGROUND

1. On **September 8, 2025**, the Administrative Law Judge issued an **Order Granting Respondent's Motion for Summary Disposition** in the above-captioned matter.

2. Petitioner received notice of the Order but was unable to timely file a Motion for Reconsideration by **September 22, 2025**, due to documented **medical, procedural, and jurisdictional hardships** beyond her control.

3. Petitioner has been under **continuous medical treatment for Post-Traumatic Stress Disorder (PTSD), Generalized Anxiety Disorder (GAD), and physical

    **injuries sustained during on-the-job incidents (OJI) at Delta Air Lines, Inc.**, which substantially limit her ability to manage multiple deadlines without accommodation.

4. Petitioner has also been required to participate in numerous overlapping legal and investigatory processes related to Delta Air Lines and other matters, including federal and administrative cases, EEOC investigations, FAA and OSHA communications, and MIOSHA-related filings, all occurring during the same timeframe.

5. **Delta Air Lines, Inc. has illegally prevented Petitioner from working and has involuntarily placed or caused her to be placed on unpaid, involuntary leaves since at least August 2024.** These unlawful actions have caused significant **financial hardship, emotional distress, and professional damage**, further impairing her ability to meet procedural deadlines and secure consistent legal representation.

6. As a **pro se litigant** managing ongoing treatment, financial hardship, and multiple overlapping legal cases, Petitioner respectfully asserts that her delay was not due to neglect or disregard, but due to the above extenuating circumstances constituting **good cause**.

## II. GOOD CAUSE FOR LATE FILING

7. Under Michigan administrative law, the Administrative Law Judge retains discretion to accept late filings where **good cause exists** or the interests of justice so require.

8. Petitioner respectfully asserts that good cause exists here due to:
    - Documented medical impairments and treatment related to on-the-job injuries at Delta Air Lines, Inc.;
    - Mandatory participation in overlapping legal, federal, and administrative proceedings;
    - Financial hardship caused by Delta's unlawful placement of Petitioner on unpaid, involuntary leave; and
    - Petitioner's pro se status and limited access to resources.

## III. GROUNDS FOR RECONSIDERATION

9. Petitioner respectfully requests reconsideration because:
   a. The **Order of Summary Disposition** was issued **without oral argument or evidentiary hearing**, despite genuine disputes of material fact;
   b. MIOSHA's dismissal based on OSHA's involvement reflects a **misinterpretation of jurisdiction**, as parallel state and federal investigations are permitted; and
   c. Newly developed and ongoing federal evidence supports the merits of Petitioner's retaliation, discrimination, and safety-related claims.

## IV. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests that this Honorable Administrative Law Judge:

1. **Grant leave** to file this Motion for Reconsideration after the 14-day period, finding that **good cause and equitable considerations justify the late filing**;

2. **Vacate or reconsider** the **September 8, 2025 Order Granting Summary Disposition**;

3. **Reopen proceedings** to allow for a full evidentiary hearing; and

4. Grant such other and further relief as justice and equity require.

**Respectfully submitted,**

**/s/ Littiece Jones**
**Littiece Jones, Petitioner (Pro Se)**
Detroit, Michigan
Email: **LRBJ_99@yahoo.com**
Phone: **(313) 515-9797**

**Date:** _____

## AFFIDAVIT OF LITTIECE JONES IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE RECONSIDERATION

I, **Littiece Jones**, being duly sworn, state as follows:

1. I am the Petitioner in this matter, proceeding pro se in *Jones v. Delta Air Lines, Inc.*, MIOSHA Discrimination Case No. 301054618 / MOAHR Docket No. 25-023073.

2. I respectfully submit this affidavit in support of my **Motion for Leave to File Late Motion for Reconsideration** of the Order issued on September 8, 2025.

3. I have been under **ongoing medical treatment for Post-Traumatic Stress Disorder (PTSD), Generalized Anxiety Disorder (GAD), and physical injuries**, all of which **resulted from on-the-job injuries (OJI) sustained while employed at Delta Air Lines, Inc.** These work-related injuries and trauma have caused lasting physical and psychological limitations that substantially affect my ability to concentrate, organize documentation, and manage multiple concurrent deadlines without reasonable accommodation.

4. From **at least September 2025 through the present**, I have been actively and mandatorily participating in numerous overlapping legal, administrative, and investigatory processes related to Delta Air Lines, Inc. and other matters, including but not limited to:

    - A **federal court case** before the **U.S. District Court for the Eastern District of Michigan (Case No. 2:24-cv-11224)** involving retaliation, discrimination, and accommodation claims;

    - An **AIR21 whistleblower case** before the **U.S. Department of Labor, Office of Administrative Law Judges**;

    - **Affordable Care Act (ACA)** whistleblower and retaliation proceedings before the U.S. Department of Labor;

    - **EEOC investigations, interviews, and evidence submissions** regarding Delta's conduct;

    - **OSHA and MIOSHA filings and communications** concerning workplace safety, injuries, and retaliation;

    - **FAA safety and compliance inquiries** related to retaliation and Delta's actions affecting my **FAA First Class Medical Certificate** required to pursue my career as a **commercial airline pilot**;

    - A separate **federal employment case (First Hospitality, Case No. 2:24-cv-10276);** and

    - Other **personal and family matters** requiring my attention and impacting my capacity to meet short deadlines.

5. **Delta Air Lines, Inc. has illegally prevented me from working and has involuntarily or caused her to be placed me on unpaid, involuntary leaves since**

   **at least August 2024.** These actions have caused significant **financial hardship, emotional distress, and professional damage**, further hindering my ability to secure legal representation or dedicate full time and resources to these matters.

6. These overlapping obligations required continuous written responses, interviews, and submissions to multiple agencies and courts, many of which issued conflicting deadlines.

7. I am currently without legal representation and have made every good-faith effort to comply with all procedural obligations while managing ongoing **medical treatment, therapy, and financial hardship** stemming from my **on-the-job injuries and workplace trauma at Delta Air Lines, Inc.**

8. My delay in filing the Motion for Reconsideration was **not due to neglect, lack of diligence, or disregard for procedure**, but was caused by the combined effects of my Delta-related injuries, medical treatment, disabilities, involuntary work suspension, financial hardship, overlapping legal proceedings, and personal responsibilities.

9. I respectfully request that the Administrative Law Judge **accept my late filing as timely for good cause shown** and allow reconsideration of the September 8, 2025 Order in the interest of fairness, disability accommodation, and justice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Executed on this 10th day of October, 2025.**

_____

**/s/Littiece Jones**

**LITTIECE JONES**
Petitioner, Pro Se
Email: **LRBJ_99@yahoo.com**
Phone: **(313) 515-9797**
Detroit, Michigan

---

**CERTIFICATE OF SERVICE**

I certify that on this date, I served a true and correct copy of the foregoing **Motion for Leave to File Late Motion for Reconsideration and Affidavit in Support** upon counsel for

Respondent **Delta Air Lines, Inc.** via email to their address of record in this matter, and to the **MOAHR Safety & Regulation Division** at LARA-MOAHR-SAFETY-REG@michigan.gov.

**/s/ Littiece Jones**
**Littiece Jones, Petitioner (Pro Se)**
Date: October 10, 2025