UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTIECE JONES,

        Plaintiff,                            Case No. 2:24-cv-11224

v.                                       Honorable Susan K. DeClercq
                                              United States District Judge
DELTA AIR LINES, INC.,

        Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (ECF No. 80)**

On October 10, 2025, Plaintiff Littiece Jones filed a motion for leave to file a late motion for reconsideration. ECF No. 80. But the substance of her motion makes clear that the motion relates to a pending matter before the Michigan Office of Administrative Hearings and Rules, not this Court. *Id.* Indeed, it does not seek relief related to any orders this Court has issued in this case. Thus, Plaintiff's motion will be denied.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File a Motion for Reconsideration, ECF No. 80, is **DENIED**.

                                                            */s/Susan K. DeClercq*
                                                            SUSAN K. DeCLERCQ
                                                            United States District Judge

Dated: October 16, 2025