**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**LITTIECE JONES**,

Plaintiff,

v.

**DELTA AIR LINES, INC.,**

Defendant.

Case No. 2:24-cv-11224
Hon. Susan K. DeClercq
Mag. Judge Elizabeth Stafford

---

**PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME AND FOR CLARIFICATION REGARDING DISCOVERY RECEIPT**

Plaintiff, proceeding pro se, respectfully moves this Court for an emergency extension of time to (1) file her response that is currently due, and (2) comply with the discovery deadline that falls on today's date. Plaintiff also moves for clarification and confirmation regarding Defendant's receipt of Plaintiff's discovery responses, which she has timely transmitted but which Defendant's counsel has asserted they did not receive.

This motion is supported by the following:

---

**1. Family Medical Emergency Preventing Timely Filing**

On **November 13, 2025**, Plaintiff experienced a **serious family medical emergency** that is **ongoing** and has required her physical presence, attention, and caregiving. This emergency was sudden, unforeseen, and outside Plaintiff's control.

As a result, Plaintiff has been unable to finalize her filings, complete discovery tasks due today, or meaningfully participate in litigation during this period. Plaintiff has acted diligently and files this motion at the earliest possible moment.

---

**2. Good Cause Exists for the Requested Extension**

Under Fed. R. Civ. P. 6(b)(1)(A)–(B), courts routinely grant extensions where a pro se litigant faces:

- medical emergencies
- family medical crises
- circumstances outside of the party's control
- documented disabilities

Here, Plaintiff has **good cause** and **excusable neglect**, as her family emergency directly prevented her from meeting today's deadlines.

---

### 3. Plaintiff Has Been Producing Discovery; Defendant Claims They Have Not Received It

Plaintiff has transmitted discovery responses and documents to Delta's attorneys on multiple dates. Despite this, Defendant's counsel has stated that Plaintiff "has not provided discovery."

This raises the risk of:

- unnecessary sanctions
- inaccurate representations to the Court
- prejudice to Plaintiff due to technical or receipt issues outside her control

Plaintiff therefore respectfully requests the Court to:

**(a) confirm that Plaintiff may re-send all discovery to Defendant without penalty,**

**(b) direct Defendant's counsel to acknowledge receipt, and**

**(c) clarify whether Plaintiff's prior transmissions satisfy the Court's rolling production requirement.**

---

### 4. Plaintiff Requests a Short, Reasonable Extension

Plaintiff respectfully requests the following:

1. **A 14-day extension from today's date** to file her pending response
2. **A 14-day extension** to complete and/or re-send any discovery due today
3. **An order directing Defendant's counsel to confirm receipt** of Plaintiff's prior discovery productions

4. **A stay of any dismissal or sanctions** while this emergency extension motion is pending

This short extension will not prejudice Defendant and will allow Plaintiff to recover from an ongoing family medical emergency and finalize her filings.

## 5. Plaintiff Files in Good Faith and Requests Accommodations Consistent with Her Disabilities

Plaintiff remains under active treatment for PTSD, GAD, and physical injuries. She is doing her best to comply with all obligations while managing a sudden emergency. An extension is necessary to prevent undue prejudice and to maintain fairness in the litigation.

**WHEREFORE, Plaintiff respectfully requests that this Court:**

1. Grant a **14-day extension** to file her response due today;
2. Grant a **14-day extension** to complete or re-send her discovery obligations due today;
3. Direct Defendant's counsel to **confirm receipt** of Plaintiff's transmitted discovery;
4. Permit Plaintiff to **re-send all discovery materials without penalty**;
5. Stay any **sanctions, dismissal, or adverse action** until this motion is resolved; and
6. Grant any further relief the Court deems just and proper.

Respectfully submitted,
/s/Littiece Jones

45014 Trails Ct.

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com
Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, I filed the foregoing Motion using the Court's CM/ECF system, which will automatically notify all counsel of record.

/s/ Littiece Jones

45014 Trails Ct.

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com
Pro Se Plaintiff