UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTIECE JONES,

        Plaintiff,

v.

DELTA AIR LINES, INC.,

        Defendant.
_____/

Case No. 2:24-cv-11224

Honorable Susan K. DeClercq
United States District Judge

**ORDER DENYING WITHOUT PREJUDICE IN PART PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME AND FOR CLARIFICATION REGARDING DISCOVERY RECEIPT (ECF No. 90) AND DIRECTING DELTA TO RESPOND TO PLAINTIFF'S MOTION WITH LIST OF WHAT DISCOVERY IT HAS RECEIVED FROM PLAINTIFF**

On November 5, 2025, this Court issued an order that resolved several pending motions in this case and addressed Plaintiff Littiece Jones's repeated failure to satisfy her discovery obligations. ECF No. 89. Within that order, this Court adjourned the fact discovery deadline to January 16, 2025, and directed Jones to provide Defendant Delta Air Lines, Inc. ("Delta") with six dates on which she was available between November 17, 2025, and January 9, 2026, to sit for her deposition "**on or before November 12, 2025.**" ECF No. 89 at PageID.1498 (emphasis in original). That same order also placed Jones on notice "that her failure to comply with *any* of her discovery obligations during this final extension of discovery **will**

**result in dismissal of her case** for failure to prosecute and failure to comply with discovery orders." *Id.* (emphasis in original)

On November 19, 2025, Jones filed an "Emergency Motion for Extension of Time and for Clarification Regarding Discovery Receipt." ECF No. 90 at PageID.1505. In the motion, Jones explains that she experienced "a **serious family medical emergency** that is **ongoing** and has required her physical presence, attention, and caregiving." *Id.* (emphasis in original). Accordingly, she says that she "has been unable to finalize her filings, complete discovery tasks due today, or meaningfully participate in litigation during this period." *Id.* Jones also says in her motion that she "has transmitted discovery responses and documents to Delta's attorneys on multiple dates," but Delta maintains that Jones has not provided discovery. *Id.* at 1506. Thus, Jones requests the following:

1. A 14-day extension from November 19, 2025, to file her pending response;

2. A 14-day extension from November 19, 2025, to complete and/or re-send any discovery due today;

3. An order directing Defendant's counsel to confirm receipt of Plaintiff's prior discovery productions; and

4. A stay of any dismissal or sanctions while Jones's motion is pending.

*See id.* at PageID.1506–07.

Notably, this Court's November 5, 2025 order, ECF No. 89, did not set any

deadlines for November 19, 2025—the date Jones says was her deadline to provide discovery. *See* ECF No. 90 at PageID.1506. It is also not clear what "pending response" to which Jones is referring. *See id.* So, to the extent Jones's motion seeks time extensions, it will be denied without prejudice because it is not clear what deadline Jones is requesting an extension for.

As for the part of Jones's motion seeking an order directing Delta's counsel to confirm receipt of Plaintiff's prior discovery productions, this Court will not yet rule on that request. Instead, it will direct Delta to file a response **on or before December 12, 2025**, listing what discovery it has received from Jones to date and what discovery remains outstanding.

Accordingly, it is **ORDERED** that Jones's Emergency Motion for Extension of Time and for Clarification Regarding Discovery Receipt, ECF No. 90, is **DENIED WITHOUT PREJUDICE IN PART** to the extent it seeks extensions of unspecified deadlines. But Jones's Motion, ECF No. 90, **REMAINS PENDING IN PART** to the extent it seeks a court order seeking clarification of what discovery Delta has received from Delta.

Further, it is **ORDERED** that Delta is **DIRECTED** to respond to Jones's Motion, ECF No. 90, **on or before December 12, 2025**. Specifically, Delta's response should include a list of what discovery it has received from Jones and what discovery remains outstanding.

- 4 -

Finally, it is **ORDERED** that Jones is **ON NOTICE** that her failure to comply with *any* of her discovery obligations between now and the close of discovery on January 16, 2026, will result in dismissal of her case for failure to prosecute and failure to comply with discovery orders.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 1, 2025