UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

LITTIECE JONES,  
Plaintiff,

Case No. 2:24-cv-11224

Hon. Susan K. DeClercq

v.

DELTA AIR LINES, INC.,

Defendant.

---

PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Littiece Jones, proceeding pro se, respectfully moves for leave to file certain documents under seal and states as follows:

1. Plaintiff possesses confidential medical, disability-related, and employment documents subject to the Court's Protective Order.

2. These documents are necessary to support pending motions, anticipated motions, and related procedural and discovery-related relief in this matter.

3. Public filing of these materials would disclose sensitive information and would be inconsistent with the confidentiality requirements of the Protective Order.

4. As a pro se e-filer, Plaintiff is unable to file documents under seal without leave of Court and requires instruction regarding the appropriate method for submission, as sealed

   electronic filing is not available to pro se litigants.

5. Plaintiff further respectfully requests that, if leave to file under seal is granted on a Friday or immediately preceding the Sabbath, the Court allow a reasonable period following the Sabbath for submission of the sealed materials so as not to interfere with Plaintiff's sincerely held religious observance.

Concurrence

Plaintiff sought concurrence from Defendant's counsel prior to filing this motion. Defendant does not concur in the relief requested.

Relief Requested

Plaintiff respectfully requests that the Court:

A. Grant leave to file specified documents under seal;

B. Provide instructions for submission of sealed materials by a pro se litigant;

C. Permit Plaintiff a reasonable period following the Sabbath to submit the sealed materials if leave is granted immediately prior to the Sabbath; and

D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Littiece Jones

Littiece Jones

Plaintiff, pro se

45014 Trails Ct.

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com

Dated: January 16, 2026

---

CERTIFICATE OF SERVICE

I certify that on January 16, 2026, I served this Motion for Leave to File Under Seal on Defendant's counsel via electronic mail.

/s/ Littiece Jones

Littiece Jones

Plaintiff, pro se

45014 Trails Ct.

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com

Dated: January 16, 2026