UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| LITTIECE JONES, | Case No. 2:24-cv-11224 |
| Plaintiff, | Hon. Susan K. DeClercq |
| v. | |
| DELTA AIR LINES, INC., | |
| Defendant. | |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE
## AND REQUEST FOR LIMITED-SCOPE COUNSEL ASSISTANCE

Plaintiff Littiece Jones, proceeding pro se, respectfully moves the Court for a limited extension of the discovery deadline and for assistance of counsel as the Court deems appropriate, and states as follows:

### I. DISCOVERY REMAINS INCOMPLETE

1. Discovery in this matter remains incomplete. Defendant has represented that additional discovery remains outstanding and will be produced.

2. Plaintiff has not yet received Defendant's outstanding discovery.

3. Defendant has asserted that certain discovery previously served by Plaintiff was not received, despite the record reflecting service in or about August 2025.

4. Clarification of discovery transmission and receipt remains necessary to ensure a complete and accurate discovery record.

### II. PENDING PROCEDURAL AND DISABILITY-RELATED ACCOMMODATION ISSUES

5. Plaintiff has pending motions before the Court seeking procedural and disability-related accommodation relief affecting the transmission, receipt, and completion of discovery.

6. Resolution of these issues is necessary to ensure that discovery may proceed in an orderly, fair, and verifiable manner.

III. MEDICAL AND DISABILITY GROUNDS SUPPORTING EXTENSION

7. Plaintiff has physical and mental disabilities that were caused and/or exacerbated by on-the-job injuries sustained while employed by Defendant Delta Air Lines, Inc.

8. Plaintiff continues to experience ongoing harm related to these injuries, which materially affects her ability to complete discovery within the current deadline.

9. Supporting medical documentation exists and reflects that Plaintiff requires, at a minimum, additional time through **at least April 15, 2026**, to safely and effectively complete discovery obligations.

10. This documentation is confidential. Plaintiff has filed a Motion for Leave to File Certain Documents Under Seal to submit this material in compliance with privacy protections and Court rules.

IV. GOOD FAITH, GOOD CAUSE, AND LACK OF PREJUDICE

11. Plaintiff has acted in good faith throughout discovery and has not refused to participate.

12. Defendant will not be prejudiced by a limited extension where Defendant has acknowledged that further discovery remains forthcoming and where disputes regarding discovery receipt remain unresolved.

13. Absent an extension, Plaintiff would be prejudiced by the inability to complete discovery in a manner consistent with medical limitations, pending procedural accommodations, and incomplete production.

V. REQUEST FOR LIMITED-SCOPE COUNSEL ASSISTANCE

14. Plaintiff respectfully requests that the Court consider appointing counsel for limited scope representation, or such other assistance as the Court deems appropriate, to address discovery-related matters and procedural compliance.

15. Plaintiff makes this request in light of her disabilities, ongoing medical limitations, the complexity of discovery obligations, and the repeated procedural disputes regarding compliance and receipt.

16. Plaintiff seeks only such assistance as the Court finds appropriate and within its discretion.

## VI. CONCURRENCE

17. Plaintiff sought concurrence from Defendant's counsel prior to filing this motion. Defendant does not concur in the relief requested.

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Extend the discovery deadline until **at least April 15, 2026**, or such other date as the Court deems reasonable, consistent with Plaintiff's medical documentation;

B. Permit completion of outstanding discovery following Defendant's remaining production and resolution of discovery receipt and procedural accommodation issues;

C. Consider appointment of counsel for limited scope representation, or such other assistance as the Court deems appropriate; and

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Littiece Jones
Littiece Jones
Plaintiff, pro se
45014 Trails Ct.
Canton, MI 48187
313-515-9797
LRBJ_99@yahoo.com

Dated: January 16, 2026

CERTIFICATE OF SERVICE

I certify that on January 16, 2026, I served this Motion to Extend Discovery Deadline and Request for Limited-Scope Counsel Assistance on Defendant's counsel via electronic mail.

/s/ Littiece Jones
Littiece Jones
Plaintiff, pro se
45014 Trails Ct.
Canton, MI 48187
313-515-9797
LRBJ_99@yahoo.com

Dated: January 16, 2026