**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

LITTIECE JONES,                                      Case No.      2:24-cv-11224

    Plaintiff,

v.

DELTA AIR LINES, INC.,                              Hon. Susan K. DeClercq

    Defendant.                                    Magistrate Judge Elizabeth A. Stafford

_____/

## NOTICE REGARDING TRANSCRIPT ACCURACY, CONSTITUTIONAL DUE PROCESS RIGHTS, RELEVANCE TO PENDING FILINGS, AND REQUEST FOR PRESERVATION OF RECORDINGS

Plaintiff Littiece Jones, appearing pro se, respectfully submits this Notice to advise the Court that Plaintiff has purchased the transcript of a recent proceeding in this matter, which has been filed electronically on CM/ECF as part of the official record, and that Plaintiff believes the transcript may not accurately reflect portions of the proceeding.

The transcript at issue is directly relevant to Plaintiff's reply due tomorrow to Defendant's filing at ECF No. 100, as well as Plaintiff's forthcoming response and/or reply related to ECF No. 97, for which Plaintiff has requested an extension of time that remains pending before the Court. Accurate review of the transcript is therefore necessary to ensure that Plaintiff's filings accurately reflect the record and the proceedings before the Court.

Plaintiff has submitted a written request to Sherri Ward, the individual associated with preparation of the transcript for the proceeding, seeking access to the underlying audio and/or video recording in order to verify the accuracy of the transcript and determine whether any corrections or clarifications are necessary.

Plaintiff notes that review of the official audio and/or video recording is pending due to potential transcript inaccuracies, and Plaintiff expressly reserves the right to seek correction, supplementation, amendment, or other appropriate relief with respect to the record as warranted after review of the recording.

Plaintiff further respectfully requests that the Court preserve the audio and/or video recording of the referenced proceeding, as well as any prior and future recordings in this case, pending

verification of transcript accuracy. This request is made as a precautionary measure to protect the integrity of the record and Plaintiff's ability to meaningfully participate in the proceedings.

This Notice is submitted solely to preserve the record, to notify the Court of the transcript accuracy issue, to protect Plaintiff's constitutional due process rights, and to preserve all rights afforded to Plaintiff under the United States Constitution, applicable federal and state law, the Federal Rules of Civil Procedure, the Local Rules of this Court, and all other applicable court rules and authorities. Plaintiff does not waive any rights and expressly reserves all rights to amend, supplement, or seek appropriate relief as permitted by law.

Respectfully submitted,

/s/ Littiece Jones

Littiece Jones

Plaintiff, Pro Se

45014 Trails Ct.

Canton, MI 48187

Phone: (313) 515-9797

Email: Irbj_99@yahoo.com

Date: 1/27/2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date above, I filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/ Littiece Jones

Littiece Jones

45014 Trails Ct.

Canton, MI 48187

Phone: (313) 515-9797

Email: Irbj_99@yahoo.com