UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


LITTIECE JONES,

Plaintiff,

Case No. 2:24-cv-11224

Hon. Susan K. DeClercq


v.


DELTA AIR LINES, INC.,

Defendant.

---

## PLAINTIFF'S LIMITED MOTION TO PRESERVE REPORTER BACKUP RECORDING OF JANUARY 8, 2026 PROCEEDING


Plaintiff Littiece Jones, appearing pro se, respectfully moves this Court for a limited order directing preservation of any reporter backup audio recording of the January 8, 2026 proceeding, if such recording exists.

---

**Local Rule 7.1(a) Certification**

Pursuant to E.D. Mich. LR 7.1(a), Plaintiff sought concurrence from Defendant's counsel on February 19, 2026. Defendant does not concur in the requested relief.

## In Support of This Motion, Plaintiff States:

1. A certified transcript of the January 8, 2026 proceeding was filed in this matter (ECF No. 102).
2. On January 27, 2026, Plaintiff filed a Notice informing the Court that she identified a potential discrepancy in the transcript (ECF No. 103).
3. Plaintiff has since requested focused review from the court reporter concerning the exchange during which the Court said maybe you're the obstructionist, and during which further discussion occurred regarding the possibility of requiring Plaintiff to appear in person for deposition in court or in chambers, and counsel for Defendant indicated that she would gladly fly in to depose Plaintiff in person in court or chambers.
4. Clarification of that exchange is currently pending.
5. Solely to preserve the integrity of the record while clarification is pending, Plaintiff respectfully requests that the Court direct preservation of any reporter backup audio recording of the January 8, 2026 proceeding, if such recording exists.
6. Plaintiff's present request is limited to preservation pending clarification of the identified transcript exchange and any determination necessary to correct the record and ensure its accuracy for purposes of appellate review.

## WHEREFORE

Plaintiff respectfully requests that the Court enter a limited order directing preservation of any reporter backup audio recording of the January 8, 2026 proceeding, if such recording exists.

Respectfully submitted,

/s/ Littiece Jones

Littiece Jones

45014 Trails Ct.

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com

Date: February 19, 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: February 19, 2026

/s/ Littiece Jones

45014 Trails Ct.

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com