: Littiece R Jones | Legal Name: Littiece R Jones | DOB: 10/5/1981 | MRN: ███████ | PCP: Keturah Prosen Schacht, MD



University of Michigan Health Family Medicine
Clinic | Livonia Health Center
20321 Farmington Rd
Livonia MI 48152-1411
Telephone: 734-539-5000
Fax: 734-232-0917

February 17, 2026

To Whom It May Concern:

Littiece Jones was seen in our clinic on 2/17/2026.

Pt needs reasonable accommodations for communication related disability, that substantially limits her major life activities including effective oral communication, written communication, concentration, and processing of complex information. She is effected particularly under stress or time sensitive conditions. Please allow these accommodations for at 90 days through May 17, 2026.

Any further questions can be directed to the office at the phone number listed above.

From the office of:
Lelia Summers, PA-C

CC
Littiece R. Jones

Patient Name: Littiece Jones



Page 1

MyChart® licensed from Epic Systems Corporation© 1999 - 2026