| | |
|---|---|
| **Subject** | Re: Subject: Respectful and Urgent Request for Procedural Instructions on Filing Under Seal, Access to Court Documents, PACER Training, and ADA Accommodations – Case Nos. 2:24-cv-11224, 2:24-cv-10276, and 2:25-cv-12910 |
| **From** | Lovely Lady <lrbj_99@yahoo.com> |
| **To:** | <████████@mied.uscourts.gov> |
| **Cc:** | ██████████ ████████████@mied.uscourts.gov>, ████████ ████████████@mied.uscourts.gov>, ██████ ██████████@mied.uscourts.gov>, ████████ ██████████@ogletree.com>, ████████ ██████ ████████████@ogletree.com>, ████████████ ██████████@ogletree.com>, ██ ████████████@starrbutler.com>, ████ ██████████@starrbutler.com>, ████ ████████@starrbutler.com>, ████ access_coordinator@mied.uscourts.gov |
| **Date** | Feb 12 at 1:46 PM |

Dear Ms. Owens,

Good afternoon. I am writing pursuant to the guidance provided today by the Court's Access Coordinator directing me to contact you regarding the accommodations

referenced in my prior correspondence.

In a prior order, the Court directed that I contact the accommodations administrator concerning disabilityrelated matters. I have previously requested reasonable accommodations under the Americans with Disabilities Act based on documented medical conditions. I have provided, and can provide if necessary, supporting documentation from my medical providers.

As a pro se litigant, I am exercising my statutory right to represent myself in federal court. In order to meaningfully exercise that right, I respectfully seek reasonable procedural accommodations under the ADA to ensure equal access to court processes.

My accommodation requests are not limited to filing mechanics. They include procedural accommodations necessary for me to meaningfully participate in this litigation as a pro se litigant with ADA-protected

medical conditions. These include, but are not limited to:

- Filing-related barriers;

- Scheduling limitations;

- Document management challenges;

- Discovery-related document review and production limitations;

- Access to and management of court documents across multiple active cases; and

- Other procedural access issues directly impacted by my medical conditions.

In addition, certain CM/ECF functionalities — including sealed filing access — are not available to pro se e-filers in the same manner pro se e-filers in the same manner they are available to licensed attorneys. While I understand that this reflects standard court procedures, the practical impact of these limitations, combined with my

medical conditions, creates additional access challenges.

Additionally, as a pro se litigant with multiple active cases, I experience practical challenges in accessing and managing filings across matters, including issues related to PACER access, first-copy access, and document retrieval. The cumulative effect of managing multiple matters without the electronic tools annd/or training/guidance available to attorneys, together with ADAprotected medical conditions, impacts my ability to participate fully and efficiently in court proceedings.

These requests concern access to and participation in court procedures and case management processes, not the merits of any pending motion.

I respectfully request clarification regarding what procedural regarding what procedural accommodations or assistance may be available and whether you are the appropriate individual to address these matters. If

another office or official is responsible for broader ADA-related procedural accommodations, I would appreciate being directed accordingly.

Given the time-sensitive nature of current deadlines, I would be grateful for guidance at your earliest convenience and if possible by 2pm EST on tomorrow 2/13/2026. I will also call you today and am available today to speak if possible.

Thank you for your time and assistance.

Respectfully,

Littiece Jones

Pro Se Litigant

LRBJ_99@yahoo.com

313-515-9797

Sent from Yahoo Mail for iPhone

On Thursday, February 12, 2026, 1:19 PM, MIEDdb_AccessCoordinator <access_coordinator@mied.uscourts.gov> wrote:

Dear Ms. Jones,

Thank you for your email. For assistance with the accommodations you have referenced in your email, please contact Julie Owens, who is the appropriate individual to address those matters. If you require coordination of interpreter services or other communication-related auxiliary aids for a federal court proceeding , I would be happy to assist.

Sincerely,

**From:** Lovely Lady <lrbj_99@yahoo.com>

**Sent:** Thursday, February 12, 2026 11:03 AM

**To:** MIEDdb_AccessCoordinator <access_coordinator@mied.uscourts.gov>

**Cc:** ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇@mied.uscourts.gov>;
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇@mied.uscourts.gov>;
▇▇▇▇▇▇
▇▇▇▇▇▇▇@mied.uscourts.gov>;
▇▇▇
▇▇▇▇ <lauren.zeldin@ogletree.com>;

███████████████ @ogletree.com>;
████████
██████████
███████████████ @ogletree.com>; ███
██████████ @starrbutler.com>; ██████
██████████ @starrbutler.com>; ███████
███████████ @starrbutler.com>

**Subject:** Re: Subject: Respectful and Urgent
Request for Procedural Instructions on Filing Under Seal, Access to Court Documents,
PACER Training, and ADA Accommodations – Case Nos. 2:24-cv-11224, 2:24-cv-10276, and 2:25-cv-12910

**CAUTION - EXTERNAL:**

Dear Mr. Kregear,

I am writing to follow up on your October 27, 2025 response to my prior email regarding ADA accommodations. In your message, you indicated that you would reach out to the assigned case manager to determine whether additional assistance could be provided related to the needs I specified.

As several months have now passed, I respectfully inquire whether there has been any update regarding that has been any update regarding that outreach or any additional accommodations that may be available to ensure meaningful access to the Court.

To clarify, I am not requesting legal advice or discussion of the merits of any particular case. Rather, I am seeking reasonable accommodations under the ADA to ensure equal access to court procedures and filings as a pro se litigant with disabilities, including the procedural accessibility barriers previously raised.

If there is another individual or office responsible for addressing broader ADA accessibility concerns within the Court, I would appreciate being directed accordingly.

Thank you for your time and attention to this matter. I would

appreciate a response at your earliest

convenience and if possible, no later

than 12pm EST on

no later than 12pm EST on tomorrow 2/13/2026.

Respectfully,

Littiece Jones

Pro Se Litigant

LRBJ_99@yahoo.com

313-515-9797

Sent from Yahoo Mail for iPhone

On Monday, October 27, 2025, 2:19 PM,

MIEDdb_AccessCoordinator <access_coordinator@mied.uscourts.gov> wrote:

Ms. Jones,

Thank you for contacting me. I assist with coordinating sign language interpreters and other communication aids or services for individuals who are deaf, hard of hearing, or have other communication disabilities, so they can participate in federal court proceedings.  I will reach out to the case manager assigned to your case to see if they can provide you with additional assistance related to the needs specified in your email.

Please note that my role is limited to Please note that my role is limited to arranging accommodations for individuals

with disabilities. I cannot provide legal advice or discuss any aspect of your case. If you believe your disability affects the merits of your case, you should address that issue through a written filing with the court.

Sincerely

**From:** Lovely Lady <lrbj_99@yahoo.com>
**Sent:** Friday, October 24, 2025 3:58 PM
**To:** Kyanna Brown <Kyanna_Brown@mied.uscourts.gov>; Eddrey Butts <Eddrey_Butts@mied.uscourts.gov>; MIEDdb_AccessCoordinator <access_coordinator@mied.uscourts.gov>
**Cc:** jdreaver@starrbutler.com; Kiersten Plane <kplane@starrbutler.com>; Joseph Starr <jstarr@starrbutler.com>; Zeth Hearld <zhearld@starrbutler.com>; Andrea L. Bowman <andrea.bowman@delta.com>; Anthony J. Simonton <anthony.simonton@ogletree.com>; atldocketing@ogletreedeakins.com; Kathy M. Molyneux <kathy.molyneux@ogletreedeakins.com>; Lauren D. Harrington <lauren.harrington@ogletree.com>; arlene.kuron@ogletree.com; brian.nader@ogletree.com; dawn.burke@ogletree.com; detdocketing@ogletree.com; kevin.mulcahy@ogletreedeakins.com; roberto.guzman@ogletree.com; Lauren H. Zeldin <lauren.zeldin@ogletree.com>; ATLdocketing@ogletree.com; Cynthia D. Lockhart <cynthia.lockhart@ogletree.com>
**Subject:** Subject: Respectful and Urgent

Request for Procedural Instructions on Filing Under Seal, Access to Court Documents, PACER Training, and ADA Accommodations – Case Nos. 2:24-cv11224, 2:24-cv-10276, and 2:25-cv-12910

**CAUTION - EXTERNAL:**

**Subject:** Respectful and Urgent Request for Procedural Instructions on Filing Under Seal, Access to Court Documents, PACER Training, and ADA Accommodations – Case Nos. 2:24cv-11224, 2:24-cv-10276, and 2:25-cv-12910

**To:**

Chambers of the Honorable Judge Susan K. DeClercq

Chambers of the Honorable Chief Magistrate Judge David R. Grand

ADA Coordinator, U.S. District Court – Eastern District of Michigan

**Cc:** Courtroom Case Manager for Judge DeClercq and Judge David R. Grand

Attorneys on Record for Defendants

---

Dear Honorable Judge DeClercq, Honorable Judge Grand, and ADA Coordinator,

Good afternoon. I hope this message finds you well. I am **Littiece Jones**, the **pro se Plaintiff** in the following matters before the Eastern District of Michigan, all assigned to Your Honor:

*Jones v. Delta Air Lines, Inc.*, Case No. **2:24-cv-11224**

- *Jones v. Hospitality Staffing (First Hospitality)*, Case No. **2:24-cv-10276**

- *Jones v. Delta Air Lines, Inc.*, Case No. **2:25-cv-12910**

With sincere respect and gratitude, I write to request **immediate procedural instructions on how to file motions and documents under seal** in these cases.

As a **pro se e-filer**, I do **not have access to the "sealed" filing option in CM/ECF**. The Clerk's Office has kindly explained that this feature is **available only to licensed attorneys** and that efiler **pro se litigants cannot file sealed documents**. The Clerk's Office specifically shared that I must **reach out directly to the presiding Judge and the Judge's chambers for instructions on how the Court would like me to file under seal**. I have done so previously and through this correspondence and respectfully request **urgent assistance and direction** so that I may proceed correctly and securely.

I **need to file documents and motions immediately**, including materials containing confidential medical, employment, and other protected information. I respectfully ask for prompt guidance on the correct procedure to ensure compliance with Court rules while protecting sensitive content.

In **Case No. 2:25-cv-12910 (Jones v. Delta Air Lines, Inc.)**, I have **not yet received filings or court documents**. My e-filing registration for that case is still pending, and I have **not received mailed copies** of filings or orders from the Clerk's Office. I would be very grateful for assistance in obtaining access to these filings and clarification on how I can receive documents until my electronic access is active.

Additionally, I previously requested **training for the Court's electronic filing system (CM/ECF and PACER)**. While I

understand training is typically designed for attorneys, I respectfully request that **reasonable procedural or**

respectfully request that **reasonable procedural or**

**technological training or guidance be provided as a pro se accommodation**, so that I can fully and effectively participate in ongoing proceedings. This training would help me better understand how to manage filings, deadlines, etc., and sealed submissions in compliance with the Court's procedures.

I also note that I have previously submitted **ADA accommodation requests**, including my m**edical providers documentation** in support of these ongoing accommodations, **including but not limited to disability, discovery, procedural, and other legal accommodations** necessary for my meaningful participation in these proceedings.

I am **thankful for the accommodations the Court has already provided**, including permission for **rolling discovery production every 14 days**. However, **Defendant's counsel has indicated that the current process has presented challenges**, and I have **filed a pending motion to extend the discovery deadline and continue accommodations**. I have also **begun a new treatment plan for my disabilities, which were caused and/or exacerbated by on-the-job injuries by Defendant(s)**.

This matter is **urgent**, as I must submit **time-sensitive filings and exhibits without further delay**. I am deeply grateful for the Court's patience, fairness, and understanding as I navigate these proceedings while managing documented disabilities.

Thank you very much for your time, compassion, and continued support.

With deepest respect and appreciation,
/s/ Littiece Jones
**Littiece Jones**
Pro Se Plaintiff

*Jones v. Delta Air Lines, Inc.*, Case Nos. 2:24-cv-11224 and

*Jones v. Hospitality Staffing (First Hospitality)*, Case No. 2:24-cv-10276

45014 Trails Ct.
Canton, MI 48187
Phone: (313) 515-9797
Email: lrbj_99@yahoo.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Hide trimmed content ⌃