**Subject**          RE: Request for Pro Se One-Time
Free PACER Copy and Sealed
Filing Access

**From**        ████████████
████████████@mied.uscourts.gov>

**To:**  Lovely Lady <lrbj_99@yahoo.com> **Date**
Feb 13 at 5:40 PM

Dear  Ms. Jones,

As discussed during our call today, please
see the summary below.

**Filing Under Seal and Access to
Documents**

[EDM Local Rule 5.3 - Civil Material Filed
Under Seal](#)

A notice or motion must be filed before
filing documents under seal.  If you wish to
file documents under seal as a pro-se
efiler, they must be submitted using the Pro
Se Upload Program for filing. The sealed
document(s) will be filed if there is an order
granting permission to do so.  A complete
copy of the Court's Local Rules is attached.

**Service of Electronically Filed Sealed
Documents**

**Electronic Filing Policies and Procedures -
Rule 9 (b)**

Pursuant to Rule 9(b) of the Electronic
Pursuant to Rule 9(b) of the Electronic
Filing Policies and Procedures documents
that are electronically filed under seal
cannot be viewed through PACER.  When
a document is filed under seal only a

Notice of Electronic Filing is generated to advise of the filing and must be served on the opposing parties in the traditional manner.

"Sealed papers, allowed by court order or statute, must be filed electronically and served in the traditional manner on all applicable parties as prescribed by Fed. R. Civ. P. 5(b)(A)-(D)."

A copy of defendant's sealed motion and exhibits filed in case 24-10276, Jones v. Hospitality Staffing are attached. Also attached is a copy of the Court's Electronic Filing Policies and Procedures.

## ADA Accommodations

The Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act do not apply to the federal judiciary. However, pursuant to Judicial Conference policy, to provide reasonable

accommodations to persons with communications disabilities.

## Notice of Electronic Filings and Free Copies

As discussed all e-filers are entitled to one "free look" which can be used to view and "free look" which can be used to view and downlaod document. The free link is valid for **15 days** or **one click**, whichever comes first.

If you click the link after it expires or after it has already been used, you will be prompted to log in and will be charged standard fees to view the document.

During our call Notices of Electronic Filings were re-generated for a few documents and you were able to view and download the document without charge.

If you require additional assistance, please contact me directly.

Sincerely,

███████

Operations Supervisor
U.S. District Court
Eastern District of Michigan
(313) 234-5041
julie_owens@mied.uscourts.gov

---

**From:** Lovely Lady <lrbj_99@yahoo.com>
**Sent:** Thursday, February 12, 2026 10:31 AM
**To:** PACERMAIL/SAT/AO/USCOURTS
<pacer@psc.uscourts.gov>; Julie Owens
<Julie_Owens@mied.uscourts.gov>; Kyanna

Brown <Kyanna_Brown@mied.uscourts.gov>;
Michael Kregear
<Michael_Kregear@mied.uscourts.gov>
**Cc:** Eddrey Butts
<Eddrey_Butts@mied.uscourts.gov>;
MIEDdb_Efile_Grand
<efile_grand@mied.uscourts.gov>;
MIEDdb_AccessCoordinator
<access_coordinator@mied.uscourts.gov>;
Lauren H. Zeldin
<lauren.zeldin@ogletree.com>; Anthony J.
Simonton <anthony.simonton@ogletree.com>;
Lauren D. Harrington
<lauren.harrington@ogletree.com>;
detdocketing@ogletree.com;
atldocketing@ogletree.com; Zeth Hearld
<zhearld@starrbutler.com>; Joseph Starr

<jstarr@starrbutler.com>; Kiersten Plane
<kplane@starrbutler.com>

**Subject:** Re: Request for Pro Se One-Time Free PACER Copy and Sealed Filing Access

 CAUTION - EXTERNAL:

Dear Judge, Ms. Owens, PACER Service Center, Clerk's Office, and Accommodations Coordinator,

I am writing to request administrative assistance and reasonable accommodations regarding ongoing access barriers affecting my ability to litigate my federal cases as a pro se CM/ECF filer in the Eastern District of Michigan.

1. PACER Free Copy Entitlement

There appears to be a system error preventing application of my one-time free electronic copy entitlement as a registered pro se e-filer. I have multiple active cases, and it is possible this has active cases, and it is possible this has affected how the entitlement is being applied; however, I have not received confirmation or resolution.

Previously, I incurred PACER fees while attempting to access filings in my own cases, and my access was restricted due to those charges. I am currently indigent due to ongoing employment-related litigation and do not have the financial ability to incur repeated PACER charges simply to review filings necessary to comply with deadlines.

2. Sealed Filing Functionality

As a pro se litigant, I do not have sealed filing functionality within CM/ECF, while attorneys do. I was previously advised that sealed filing procedure questions must be directed to the assigned Judge. However, the lack of system-level sealed filing access creates a structural barrier when confidential, medical, or otherwise protected materials must be filed pursuant to court rules or orders.

3. ADA Accommodation Request I have previously sought reasonable accommodations under the ADA related to electronic filing access, discovery obligations, and other procedural and court processes affecting my ability to meaningfully participate in these proceedings; however, those requests have not been addressed.

Pursuant to the Court's ADA accommodation procedures, I accommodation procedures, I respectfully request initiation of an interactive process to determine appropriate accommodations that ensure meaningful access to court filings, discovery processes, and court proceedings.

Pending resolution of the PACER system issue and sealed filing access limitations, I respectfully request:

- Electronic PDF copies of filings in mycases without charge; or
- Alternatively, mailed hard copies as atemporary accommodation; and • Written clarification regarding the mechanism available to pro se litigants to submit sealed materials when required.

Access to court documents and filing functionality are essential to ensure fairness, compliance with deadlines, and meaningful participation in the judicial process.

I respectfully request written confirmation regarding these matters and appreciate your prompt attention. Please let me know, if possible, by 12pm EST tomorrow, 2/13/2026.

Respectfully,

Littiece Jones
Plaintiff, Pro Se
United States District Court
Eastern District of Michigan
LRBJ_99@yahoo.com
45014 Trails Ct.

45014 Trails Ct.
Canton, MI 48187
(313) 515-9797

Sent from Yahoo Mail for iPhone

On Friday, February 6, 2026, 5:37 PM, Lovely Lady <lrbj_99@yahoo.com> wrote:

Dear PACER Service Center,

I am writing to formally request access to my one-time free electronic copy of court documents as a pro se litigant, and to raise an additional access issue affecting my ability to litigate my cases.

I am a registered pro se CM/ECF filer with multiple active federal cases, including matters in the United States District Court for the Eastern District of Michigan. My PACER username is LittieceJones.

As a pro se litigant, I understand that I am entitled to one free electronic copy of documents filed in each case. Despite my pro se ein each case. Despite my pro se efiler status, I have not been provided access to my one-time free copy and have incurred PACER charges while attempting to review filings necessary to prosecute and respond in my cases.

In addition, as a pro se litigant, I do not have the same technical access as attorneys to file documents under seal through CM/ECF. Currently, sealed filing functionality is restricted to attorneys, which places pro se litigants at a disadvantage when courts permit or require sealed

submissions involving sensitive, confidential, medical, or protected information.

Pro se litigants are frequently required to submit materials that implicate privacy, safety, or courtordered confidentiality

concerns. The lack of direct access to sealed filing mechanisms effectively limits a pro se litigant's ability to comply with court rules and protect

with court rules and protect sensitive information, absent special intervention by the Clerk's Office.

I contacted PACER by phone and was advised to submit these issues in writing. Accordingly, I respectfully request that:

1. My pro se status be confirmed for all applicable cases;

2. My one-time free electronic copy entitlement be applied as appropriate;

3. Guidance be provided to ensure I can properly access filings without incurring charges to which I should not be subject as a pro se litigant; and

4. Clarification and assistance be provided regarding procedures or access options for pro se litigants to file documents under seal when permitted or required by the Court.

If these matters must be coordinated directly with the Clerk's Office for the Eastern District of Michigan, please advise, or feel free to forward this request as appropriate.

Thank you for your time and assistance.

Respectfully,

Littiece Jones

Plaintiff, Pro Se

[LRBJ_99@yahoo.com](mailto:LRBJ_99@yahoo.com)

United States District Court

Eastern District of Michigan

PACER Username: LittieceJones

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Hide trimmed content ⌃

10 Attachments

policies_procedures.pdf

localRulesPackage.pdf

Guide_to_Judiciary_Policy_Vol. 5_C...

document-3.pdf

document-4.pdf

View all attachments ⌄