*Guide to Judiciary Policy*, Vol. 5, Ch. 2

## § 255 Services to the Hearing Impaired and Others with Communication Disabilities

### § 255.10 General Policy

(a) As adopted in September 1995, it is the policy of the Judicial Conference that all federal courts provide reasonable accommodations to persons with communications disabilities (JCUS-SEP 95, p. 75). This policy provides for services in addition to those required by the Court Interpreters Act (28 U.S.C. § 1827).

(b) Under 28 U.S.C. § 1827(l), a judge **may** provide a sign language interpreter for a party, witness or other participant in a judicial proceeding, whether or not the proceeding is instituted by the United States.

(c) Under Judicial Conference policy, a court **must** provide sign language interpreters or other auxiliary aides and services to participants in federal court proceedings who are deaf, hearing-impaired or have communication disabilities and **may** provide these services to spectators when deemed appropriate.

(d) For information on policies for employees with disabilities, **see:** Guide, Vol 12, Ch 2 (Fair Employment Practices).