UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Littiece Jones,                                                    Case No. 2:24-cv-11224

Plaintiff, Pro Se

                                                                         Hon. Susan K. DeClercq

v.

Delta Air Lines, Inc.,
Defendant.

---

## PLAINTIFF'S NOTICE TO PRESERVE RECORD, STATUS, AND ONGOING CONDITIONS AFFECTING PARTICIPATION

### I. PURPOSE OF NOTICE

Plaintiff respectfully submits this Notice for the limited purpose of preserving the accuracy and completeness of the record and to inform the Court of ongoing conditions affecting Plaintiff's ability to fully and fairly participate in this matter.

This Notice is not intended to seek a ruling, but to ensure that material facts and circumstances are properly reflected in the record.

---

### II. EMPLOYMENT STATUS AND LACK OF DOCUMENTATION

Plaintiff notes that Defendant has made representations regarding Plaintiff's alleged termination, including a claimed termination date of September 30, 2025.

On March 12, 2026, following the status conference, Plaintiff contacted Defendant's Human Resources department requesting clarification of her employment status and requesting a copy of the alleged termination letter that Defendant represented would be "resent."

As of April 13, 2026, Defendant has not provided the alleged termination letter or any documentation supporting the claimed termination date.

Plaintiff further notes that conflicting statements regarding employment status have been made, including statements attributed to DTW Airport Police and statements made during court proceedings.

---

## III. DEFENDANT REPRESENTATIONS AND INCONSISTENCIES

Plaintiff respectfully notes that certain representations made by Defendant are not supported by evidence in the record, including but not limited to:

- Statements regarding Plaintiff's employment status and termination
- Statements regarding the existence of an attendance policy
- Statements alleging that Plaintiff engaged in harassment of Delta employees without supporting evidence in the record
- Statements regarding Plaintiff's eligibility for the Company Propel Program

Plaintiff's records reflect that:

- Plaintiff received an invitation to the Company Propel Program after alleged termination,
- Plaintiff applied,
- Plaintiff advanced within the process.

Plaintiff submits these points to preserve the accuracy of the record.

---

## IV. TRANSCRIPT INACCURACIES AND RECORD INTEGRITY

Plaintiff has identified concerns regarding transcript accuracy and completeness, including:

- A discrepancy in wording in the March 12, 2026 transcript, where Plaintiff recalls the Court using the term "acting," while the transcript reflects "asking"
- The absence of statements Plaintiff recalls from the January 8, 2026 proceeding
- Timing issues related to docket entries

Plaintiff has contacted the court reporter and requested review and preservation of the audio record.

Plaintiff respectfully notes that accurate and complete transcripts are essential to preserving the integrity of the record and to ensure meaningful review.

---

## V. ONGOING CONDITIONS AND FAILURE TO MAINTAIN STATUS QUO

Plaintiff respectfully notes that the status quo has not been maintained during the pendency of this litigation.

Plaintiff submits that the absence of clarity regarding employment status and related conditions has resulted in ongoing impacts and irreparable harm, including but not limited to:

- Loss of income and Seniority
- Loss of employment-related benefits
- Disruption of professional and career opportunities
- Continued exposure to adverse conditions, including harassment and retaliation
- Ongoing Retaliation and Chilling effect(Protected Activity and Whistleblower Protections)
- Reputational Harm and Professional Damage
- Loss of Status Quo
- Litigation-Related Harm and Denial of Fair Process
- Medical and Disability Harm
- Religious Harm
- Violation of Constitutional and Statutory Rights
- Harm as Victims of Human Trafficking/Child Exploitation
- Aviation Safety and National Security Harm

    Plaintiff further notes that these conditions remain ongoing and unresolved.

---

## VI. IMPACT ON DISABILITIES AND NEED FOR ACCOMMODATIONS

Plaintiff is actively engaged in the Court's ADA accommodation process and has previously submitted medical documentation, including a physician letter, regarding communication-related disabilities and ongoing medical treatment.

Plaintiff respectfully notes that statements were made during proceedings indicating that no further accommodations were necessary. However, Plaintiff further notes that the Court has also acknowledged that it is not a medical provider and is not in a position to independently determine Plaintiff's disability-related needs.

Accordingly, Plaintiff respectfully submits that determinations regarding Plaintiff's communication-related disabilities and accommodation needs are appropriately addressed through the Court's ADA accommodation process and the ADA Coordinator, rather than based solely on observations of Plaintiff's filings or participation in proceedings.

Plaintiff further notes that the ongoing conditions described above have negatively impacted her disabilities and increased the need for accommodations.

Plaintiff also notes that limitations related to communication, processing of information, and access to procedural mechanisms—including the inability to file certain materials under seal—affect her ability to fully participate and present her case.

Plaintiff submits that continued participation in the ADA accommodation process is necessary to ensure meaningful access to the Court.

## VII. LIMITATIONS ON PLAINTIFF'S ABILITY TO LITIGATE, FAILURE TO PRESERVE STATUS QUO, AND ONGOING HARM

Plaintiff respectfully submits that her ability to fully and fairly litigate this matter has been materially impaired by the failure to preserve the status quo and by ongoing conditions that continue to cause harm.

Plaintiff notes that the status quo—understood as the last stable and undisputed condition prior to the dispute—has not been maintained during the pendency of this litigation. As a result, Plaintiff continues to experience ongoing harm, including but not limited to loss of income, loss of employment-related benefits, disruption of career advancement opportunities, and continued exposure to adverse conditions, including harassment and retaliation.

Plaintiff further submits that unresolved issues regarding her employment status, combined with the absence of supporting documentation, have created ongoing

uncertainty that directly impacts her ability to mitigate damages and participate effectively in this case.

Plaintiff also submits that the continuation of these conditions has exacerbated her disabilities and increased the need for accommodations. Plaintiff is actively engaged in the Court's ADA accommodation process regarding communication-related disabilities, and respectfully notes that these ongoing conditions further impact her ability to communicate, process information, and meet procedural requirements without appropriate accommodations.

Plaintiff notes that Defendant has made representations during the course of this litigation that are not supported by evidence in the record, which has contributed to confusion and prejudice.

Plaintiff also identifies concerns regarding transcript accuracy and procedural limitations affecting the development of the record, which impact the reliability of the record and Plaintiff's ability to preserve and present her claims.

Additionally, Plaintiff has encountered limitations related to access to Court procedures, including the inability to file certain materials under seal, which further impacts her ability to present evidence and participate on equal footing.

Plaintiff also notes circumstances that have had a chilling effect on her ability to communicate with or obtain information from potential witnesses, thereby limiting her ability to gather evidence necessary to support her claims.

Plaintiff respectfully submits that the ongoing nature of these conditions, including the absence of corrective measures to stop or mitigate harm, has resulted in continuing prejudice and has impaired her ability to fully and fairly participate in this matter.

## VIII. DEFENDANT'S LACK OF RESPONSE

Defendant was permitted to respond but elected not to do so.

Accordingly, the issues and factual matters set forth herein remain unopposed and unresolved on the record, and unrebutted at this time.

## IX. FAIRNESS AND RECORD CLARITY

Plaintiff respectfully emphasizes the importance of fair, neutral, and evidence-based proceedings.

Plaintiff further notes that pro se litigants have the right to represent themselves and to meaningfully participate in the litigation process.

Plaintiff submits this Notice to ensure that the record accurately reflects ongoing conditions and factual circumstances relevant to Plaintiff's participation in this matter.

## X. CONCLUSION

Plaintiff respectfully submits this Notice in good faith to preserve the accuracy of the record and to ensure that ongoing conditions affecting participation are properly documented.

Respectfully submitted,

/s/Littiece Jones
Plaintiff, Pro Se

45014 Trails Ct.

Canton, MI 48187

LRBJ_99@yahoo.com

313-515-9797

Date: April 13, 2026

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will notify counsel on record.

Date: April 13, 2026

/s/ Littiece Jones

Plaintiff, Pro Se

45014 Trails Ct.

Canton, MI 48187

LRBJ_99@yahoo.com

313-515-9797